IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CTS HOLDINGS, LLC, <br><br> Interpleader, <br><br> v. <br><br> L60, INCORPORATED, PIPELINE DATA INC., AND VALADATA, INC., <br><br> Claimants. | Civil Action No. |

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, interpleader, CTS Holdings, LLC, certifies that there are no parents, subsidiaries and/or affiliates of CTS Holdings, LLC that have issued shares or debt securities to the public.

                                              Respectfully submitted,

                                              \s\ Gregory B. Williams
                                              Gregory B. Williams, Esquire (Id. No. 4195)
                                              Fox Rothschild LLP
                                              Citizens Bank Center
                                              919 North Market Street
                                              Suite 1300, 13th Floor
                                              Wilmington, DE 19801-2323
                                              (302) 654-7444
                                              (302) 656-8920 (facsimile)

                                              Attorneys for Interpleader
                                              CTS Holdings, LLC

Dated: December 14, 2007

OF COUNSEL:

Scott L. Vernick, Esquire
Joshua Horn, Esquire
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103
(215) 299-2000
(215) 299-2150 (facsimile)

Attorneys for Interpleader
CTS Holdings, LLC