IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CTS HOLDINGS, LLC.,

    Interpleader,

  v.

L60, INCORPORATED, PIPELINE DATA INC.,
AND VALADATA, INC.,

    Claimants.

Civil Action No. 07-00819

### AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA
                : ss
COUNTY OF PHILADELPHIA

  I, Amy C. Purcell, Esquire, being duly sworn according to law, hereby depose and state that I am an attorney for interpleader, CTS Holdings, LLC ("CTS"), in the above-captioned matter. On December 19, 2007, I effectuated service by e-mailing a copy of the Complaint and all exhibits to Kara Kantor Lewis, Esquire of Lowenstein Sandler PC, as reflected in the Acceptance of Service executed by Ms. Lewis and attached hereto as Exhibit "A".

                _____
                AMY C. PURCELL, ESQUIRE

Dated: January 16, 2008

SWORN TO AND SUBSCRIBED
Before me this 16th day of
January 2008

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Polly A. College - Notary Public
City of Philadelphia, Philadelphia County
MY COMMISSION EXPIRES FEB. 07, 2010

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CTS HOLDINGS, LLC,<br><br>        Interpleader,<br><br>v.<br><br>L60, INCORPORATED, PIPELINE DATA INC., AND VALADATA, INC.,<br><br>        Claimants. | Civil Action No. 07-00819 |

**ACCEPTANCE OF SERVICE**

*As of the date 1/16/08* I accept service of the Complaint filed by interpleader, CTS Holdings, LLC, in the above-captioned matter on behalf of defendant, Pipeline Data, Inc. and certify that I am authorized to do so.

_1-16-08_
(Date)

_Kara Lewis_
Kara Kantor Lewis, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068-1791
973.597.2482 (telephone)
973.597.2483 (fax)
-and-
1251 Avenue of the Americas
New York, New York 10020
212.262.6700 (telephone)
212.262.7402 (fax)