## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CTS HOLDINGS, LLC,

                Interpleader,

         v.

L60, INCORPORATED, PIPELINE DATA INC.,
AND VALADATA, INC.,

                Claimants.

Civil Action No. 07-00819

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), interpleader, CTS Holdings, LLC, hereby gives notice that it is dismissing the complaint for interpleader without prejudice. The claimants have not answered or otherwise moved in response to the complaint, there are no pending counterclaims, and CTS Holdings, LLC has not previously dismissed these claims.

\s\ Gregory B. Williams
Gregory B. Williams, Esquire (Id. No. 4195)
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street
Suite 1300, 13th Floor
Wilmington, DE 19801-2323
(302) 654-7444
(302) 656-8920 (facsimile)

Attorneys for Interpleader
CTS Holdings, LLC

Dated:  February 13, 2008

OF COUNSEL:

Scott L. Vernick, Esquire
Joshua Horn, Esquire
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103
(215) 299-2000
(215) 299-2150 (facsimile)